HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ZACHARY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-mj-00185-DAD |
| Plaintiff, | |
| | Stipulation to Continue Court Trial |
| v. | |
| DAVID ZACHARY | Date: September 18, 2013 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties, through their respective counsel, Chris Chang, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for David Zachary, that the Court vacate the court trial set for September 18, 2013 at 9:00 a.m. and set a new court trial on October 9, 2013 at 9:00 a.m. This continuance is being requested to suit the scheduling needs of the defense counsel and for defense preparation of the case.

///

///

///

///

Dated:  August 1, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant

Dated: July 31, 2013           BENJAMIN B. WAGNER
United States Attorney

/s/ Chris Chang
CHRIS CHANG
Special Assistant U.S. Attorney

ORDER

It is hereby ordered that the court trial set for September 18, 2013 be vacated and a new court trial be set for October 9, 2013, at 9:00 a.m..

DATED: August 6, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
zachary0185.stipord.cont trial.wpd